# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JOHNNY MILES, as Surviving Parent of Abdul Jabar Furcron, Individually, and as Personal Representative of the Estate of Abdul Jabar Furcron, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HAZLEHURST, a municipality organized under the laws of the State of Georgia; OFFICER PHILLIP BENNETT, Individually and in his official capacity as a Hazlehurst Police Officer; and OFFICER JOSE GAULDALUPE ZAMORA, Individually and in his official capacity as a Hazlehurst Police Officer,<br><br>    Defendants. | 2:22-CV-30 |

## ORDER

Before the Court is Plaintiff Johnny Miles's motion for equitable apportionment of settlement funds. Dkt. No. 99. The Court held a hearing on this motion on August 11, 2025, and the decedent Abdul Jabar Furcron's surviving mother, Leslie Furcron, was not present. Dkt. No. 100. However, Leslie Furcron submitted a letter to the Court alleging that the decedent has a surviving child. Dkt. No. 106. Out of an abundance of caution, the Court **ORDERS**

that any evidence establishing Abdul Jabar Furcron's paternity of a surviving child be submitted **within fourteen days** of the date of this Order.

    **SO ORDERED** this \_\_11\_\_ day of August, 2025.

                                        HON. LISA GODBEY WOOD, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA