IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOHNNY MILES, as Surviving Parent of Abdul Jabar Furcron, Individually, and as Personal Representative of the Estate of Abdul Jabar Furcron, Deceased, | : : : : : |
| *Plaintiff,* | : : |
| vs. | : : : |
| CITY OF HAZLEHURST, GEORGIA, A municipality organized under the laws of the State of Georgia; | : : : : | Case No.: 2:22-CV-00030-LGW-BWC |
| OFFICER PHILLIP A. BENNETT, Individually, and in his official capacity as a Hazlehurst Police Officer; | : : : : |
| OFFICER JOSE GAULDALUPE ZAMORA, Individually, and in his official capacity as a Hazlehurst Police Officer; | : : : : : |
| *Defendants.* | : |

## ORDER GRANTING MOTION FOR APPROVAL, EXECUTION AND FUNDING OF THE A.D. SETTLEMENT PRESERVATION TRUST

This cause came before the Court on Plaintiff Johnny Miles' Motion for Approval, Execution and Funding of the A.D. Settlement Preservation Trust (Dkt. 119). Upon review of the Motion and proposed Preservation Trust and confirmation of agreement of all interested parties during the telephonic hearing on January 9, 2026, the Court GRANTS the Motion in its entirety. Therefore, is **ORDERED** as follows:

1. Plaintiff's Motion for Approval, Execution and Funding of the A.D. Settlement Preservation Trust is **GRANTED**. The Court finds the settlement allocation and

preservation trust fair, appropriate and in compliance with the applicable statutory law.

2. The interested parties shall execute the A.D. Settlement Preservation Trust, as drafted.

3. Plaintiff's counsel shall distribute the proceeds in accordance with the agreed upon Settlement Allocation.

4. The net settlement proceeds otherwise to be payable to A.D. shall instead be distributed to Southeastern Trust Company, as Trustee of the A.D. Settlement Preservation Trust, whose address is 901 Lindsay Street, Chattanooga, TN 37402.

**SO ORDERED** this ___9___ day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA